163 P.3d 208

# INTERMEDIATE COURT OF APPEALS OF HAWAIʻI

**July 25, 2007**

| | | |
|---|---|---|
| 27947 | Jernigan v. State | Affirmed |

**July 27, 2007**

| | | |
|---|---|---|
| 27692 | State v. Kiaha | Affirmed |

**July 30, 2007**

| | | |
|---|---|---|
| 28252 | Ragsdale v. Administrative Director of Courts | Affirmed |
| 26992 | SRI Intern. v. Galijan | Affirmed |
| 27588 | State v. Enaena | Affirmed |
| 27871 | State v. Pixley | Affirmed |

**July 31, 2007**

| | | |
|---|---|---|
| 28232 | "F" Children, In re | Affirmed |
| 28137 | State v. Tyler | Affirmed |

**August 6, 2007**

| | | |
|---|---|---|
| 26705 | Fernandez v. Kapiolani Medical Center at Pali Momi | Affirmed |

**August 9, 2007**

| | | |
|---|---|---|
| 27775 | State v. Tsui | Affirmed |